# CASE ANNOUNCEMENTS
*April 1, 2008*

[Cite as *04/01/2008 Case Announcements,* 2008-Ohio-1510.]

## MOTION AND PROCEDURAL RULINGS

**2007–1304.  Marlington Local School Dist. v. Doe.**
Stark App. No. 2006CA00102, 2007-Ohio-2815. This cause is pending before the court as an appeal

from the Court of Appeals for Stark County. Upon consideration of appellant's motion to seal the supplement,

It is ordered by the court that the motion is granted.